No. 74—2344. Kirk et al. v. Wolff Mfg. Co. This was *indebitatus assumpsit* brought by appellee against appellants, who were manufacturers of soap, to recover for work, labor and materials done and furnished by appellee in making of copper and other materials a new kind of apparatus for appellants, to be used in the manufacture of soap. The case turned wholly upon questions of fact, as to some of which the evidence was conflicting. Since there was no error of law in admitting or excluding evidence, or in giving or refusing instructions, the verdict of the jury can not be interfered with by this court. Affirmed. Opinion PER CURIAM. Judge below, ELLIOTT ANTHONY. Attorneys, for appellant, Messrs. FLOWER, REMY &

GREGORY; for appellee, Messrs. DENT & BLACK. Opinion filed June 9, 1886.